# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. JAMES STENHOUSE

VERSUS

LOUISIANA WOMEN'S HEALTHCARE
ASSOCIATES, L.L.C., ET AL.

CONSOLIDATED WITH

DR. JAMES STENHOUSE

VERSUS

KIM SANGARI AND RICK
CAPDEVIELLE, ET AL.

NO.  2025 CW 0678

OCTOBER 23, 2025

---

In Re:   Dr. James Stenhouse, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715940 c/w 716906.

---

BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(9) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include defendants' opposition and attachments thereto. This court also requires a copy of all evidence admitted at the hearing and the transcripts of the hearings on March 13, 2025 and May 14, 2025.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 24, 2025, and must contain a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT